**Order entered September 1, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01137-CR

### NICHOLAS RYAN NADEAU, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-83228-2018

### ORDER

Before the Court is appellant's August 28, 2020 pro se second motion for an extension of time to file his pro se response to counsel's *Anders* brief. Appellant requests an extension because prison authorities have limited his access to the law library due to the covid-19 pandemic. Appellant requests a sixty-day extension. We **GRANT** the motion and **ORDER** appellant's pro se response filed by November 30, 2020.

We **DIRECT** the Clerk to transmit copies of this order, by electronic transmission, to counsel for the parties.  We **FURTHER DIRECT** the Clerk to send a copy of this order, by first class mail, to Nicholas Ryan Nadeau, TDCJ No. 02283434, Cole Unit, 3801 Silo Road, Bonham, Texas 75418.

/s/    LANA MYERS
       JUSTICE